UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MARCO RAFALA

          **10-cv-00173**

      Plaintiff,

  *against*

          **JUDGE DEARIE**
NELSON, WATSON & ASSOCIATES, LLC  **MAGISTRATE GO**

      Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

  Plaintiff, MARCO RAFALA, hereby voluntarily dismisses this action against defendant, NELSON, WATSON & ASSOCIATES, LLC., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements, or attorney's fees to either party as against the other.

  An executed faxed copy of this Stipulation shall be deemed as a signed original.

This 1st day of February, 2013

___/s/ Jeanne Lahiff_____  _____/s/ Hilary Korman_____
For the plaintiff          For the defendant
Jeanne Lahiff, Esq.         Hilary Korman, Esq.
Weisberg & Meyers, LLC       Mel S. Harris & Associates, LLC
5025 N. Central Ave. #602       5 Hanover Square, 8th Floor
Phoenix, Arizona 85012        New York, NY  10004